# United States Court of Appeals
## For the Eighth Circuit

_____

No. 21-2730
_____

United States of America

*Plaintiff - Appellee*

v.

Dana John Alexander

*Defendant - Appellant*
_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City
_____

Submitted: March 14, 2022
Filed: July 13, 2022
[Unpublished]
_____

Before GRASZ, STRAS, and KOBES, Circuit Judges.
_____

PER CURIAM.

In 2007, Dana Alexander pleaded guilty to possession of cocaine with intent to distribute, 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and was sentenced to 136 months in prison and 3 years of supervised release. After serving his prison sentence,

Alexander violated the terms of his supervised release. The district court[1] sentenced him to 24 months in prison and another 12 months of supervised release. He appeals, arguing that his revocation sentence is procedurally and substantively unreasonable.

But while this appeal was pending, Alexander was released from prison. Because he only challenged his custodial sentence, we conclude that his appeal is moot. See Teague v. Cooper, 720 F.3d 973, 976 (8th Cir. 2013) ("[W]e will dismiss as moot a case in which changed circumstances have already provided the requested relief and eliminated the need for court action." (quotation omitted) (cleaned up)). And "[a]lthough a term of supervised release is a part of the sentence," Alexander only requested relief from his prison sentence—he made no arguments that go to his supervised release.[2] Owen v. United States, 930 F.3d 989, 990 (8th Cir. 2019) (citation omitted).

Accordingly, we dismiss Alexander's appeal.

_____

_____

[1]The Honorable Stephen R. Bough, United States District Judge for the Western District of Missouri.

[2]See, e.g., Alexander Br. at i ("Dana Alexander challenges the procedural and substantive reasonableness of the 24-month sentence of imprisonment imposed for violating the conditions of supervised release.").